UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD P. ASSAM,
on behalf of himself and all others similarly situated,

**CLASS ACTION COMPLAINT**

Plaintiff,

-against-

**08 CIV. 3145**

MIDLAND CREDIT MANAGEMENT, INC.

Defendant   **JUDGE CHIN**
------------------------------------------------------------x

FILED
MAR 27 2008
USDC WP SDNY

Plaintiff, by and through his undersigned attorney, alleges upon knowledge as to himself and his own acts, and as to all other matters upon information and belief, brings this complaint against the above-named defendant and in support thereof alleges the following:

## PRELIMINARY STATEMENT

1.   Plaintiff brings this action on his own behalf and on behalf of all others similarly situated for damages and declaratory and injunctive relief arising from the defendant's violation of §1692 *et seq.* of Title 15 of the United States Code, the Fair Debt Collections Practices Act (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331. This is an action for violation of 15 U.S.C. § 1692.

3. Venue is proper in this district under 28 U.S.C. § 1391(b)(2).

## PARTIES

4. Plaintiff Richard P. Assam (hereinafter "Assam") is a resident of the State of New York, Bronx County. On or about February 8, 2008, plaintiff received an initial debt collection notice from defendant Midland Credit Management, Inc.

5. Defendant Midland Credit Management, Inc. (hereinafter "MCM") is a Kansas Corporation engaged in the business of collecting debts. Defendant regularly attempts to collect debts alleged to be due another. Its Registered Agent is The Corporation Company, Inc., 515 South Kansas Avenue, Topeka, KS 66603.

## CLASS ACTION ALLEGATIONS

6. Plaintiff brings this action as a nationwide class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure (hereinafter "FRCP"), on behalf of himself and all consumers who have received debt collection notices and/or letters from the defendant which are in violation of the FDCPA, as of the date of plaintiff's complaint, and their successors in interest (the "Class"). Excluded from the Class is the defendant herein, and any person, firm, trust, corporation, or other entity related to or affiliated with the defendant, including, without limitation, persons who are officers, directors, employees, associates or partners of Midland Credit management, Inc. and Midland Funding LLC.

7. This action is properly maintained as a class action. This Class satisfies all the requirements of Rule 23 for maintaining a class action.

8. The Class is so numerous that joinder of all members is impracticable. Upon information and belief, hundreds of persons have received debt collection notices from the defendant which violate various provisions of the FDCPA.

9. There are questions of law and fact which are common to the Class and which predominate over questions affecting any individual Class member. These common questions of law and fact include, without limitation:

a. Whether the defendant violated various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 169e(10), 1692g(a)(4), 1692g(a)(5) and 1692g(b).

b. Whether plaintiff and the Class have been injured by the defendant's conduct;

c. Whether plaintiff and the Class have sustained damages and are entitled to restitution as a result of defendant's wrongdoing and, if so, what is the proper measure and appropriate statutory formula to be applied in determining such damages and restitution; and

d. Whether plaintiff and the Class are entitled to declaratory and/or injunctive relief.

10. Plaintiff's claims are typical of the claims of the Class, and plaintiff has no interests adverse or antagonistic to the interests of other members of the Class.

11. Plaintiff will fairly and adequately protect the interests of the Class and has retained experienced counsel, competent in the prosecution of class action litigation.

12. A class action is superior to other methods for the fair and efficient adjudication of the claims herein asserted. Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

13. A class action will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would engender. Class treatment also will permit the adjudication of relatively small claims by many Class members who could not otherwise afford to seek legal redress for the wrongs complained of herein. Absent a class action the Class members will continue to suffer losses of statutorily protected rights as well as monetary damages and if defendant's conduct will proceed without remedy it will continue to reap and retain the proceeds of its ill-gotten gains.

14. Defendant has acted on grounds generally applicable to the entire Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.

## STATEMENT OF FACTS

15. On or about February 8, 2008, defendant did send to the plaintiff an initial collection letter. Copy of said letter is annexed hereto as **Exhibit A**.

16. The February 8, 2008 collection letter stated that Midland Funding LLC purchased Mr. Assam's Aspire Visa account.

17. Defendant received by a dispute letter from the consumer which disputed the validity of the debt, disputed that Midland Funding LLC is the owner of the Aspire Visa account, requested verification of the debt and requested the name and address of the original creditor. **Exhibit B**.

18. Defendant Midland Credit Management, Inc. responded with a letter dated March 17, 2008, which requested immediate payment in full. **Exhibit C**.

19. Defendant improperly communicated with the consumer concerning a timely disputed debt prior to mailing the consumer the verification records such as the name and address of the original creditor.

20. As a result of defendant's abusive, deceptive and unfair debt collection practices, plaintiff has been damaged.

## FIRST CAUSE OF ACTION
(Violations of the FDCPA)

21. Each of the above allegations is incorporated herein.

22. Defendant's debt collection attempts violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(10), 1692g, 1692g(a)(4), 1692g(a)(5) and 1692g(b) by falsely and deceptively attempting to collect debts, when it cannot evidence basic

foundational information including the name and address of the original creditor and proof that Midland purchased the account at issue.

23. As a result of defendant's violations of the FDCPA, plaintiff has been damaged and is entitled to statutory damages, costs and attorney's fees.

**WHEREFORE**, plaintiff respectfully requests that the Court enter judgment as follows:

a) Declaring that this action is properly maintainable as a class action and certifying plaintiff as Class representative;

b) Awarding plaintiff statutory damages;

c) Awarding class members the maximum statutory damages.

d) Awarding plaintiff costs of this action, including reasonable attorneys' fees and expenses; and

e) Awarding plaintiff such other and further relief as the Court may deem just and proper.

<u>DEMAND FOR TRIAL BY JURY</u>

Pursuant to Rule 38 of the FRCP, plaintiff hereby demands a trial by jury.

Dated: March 27, 2008
Uniondale, New York

Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, New York 11556-0165
Telephone (516) 522-2621
Facsimile (888) 522-1692

**Exhibit A**

**mcm**
Dept. 12421
PO Box 1259
Oaks, PA 19456

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | ASPIRE VISA |
| MCM Account No.: | 8524549807 |
| Current Balance: | $1,279.86 |
| Payment Due Date: | 03-24-2008 |

02-08-2008

#BWNHLTH
#0000 0852 4549 8077#    2345-3932
RICHARD P ASSAM
2851 WEBB AVE APT 2D
BRONX, NY 10468-2144

Dear RICHARD P ASSAM,

Welcome! We have a great offer for our new customers.

Midland Funding LLC recently purchased your ASPIRE VISA account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation. As the new servicer of this account, we would like to find a positive resolution to your account.

Midland Credit Management, Inc. (MCM) is currently able to offer you a discount of **40% off** your Current Balance *if we receive payment by 03-24-2008.*

What's In It For You? Once MCM receives your payment of $767.92, we will:
• Notify the credit bureaus that the debt is "Paid in Full". *
• Immediately stop all recovery activity on this account.

To accept this offer, simply detach the Acceptance Certificate below and enclose it with your $767.92 payment in the envelope provided. *Please mail your payment no later than 03-17-2008* in order to receive credit for the 40% off discount by the expiration date 03-24-2008.

If you prefer to speak with one of our Account Managers, please contact us at (800) 825-8131.

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Midland Credit Management, Inc.
(800) 825-8131

---

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | 8524549807 |
| Current Balance: | $1,279.86 |
| Amount Due: | $767.92 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 03-24-2008 |

RICHARD P ASSAM
2851 WEBB AVE APT 2D
BRONX, NY 10468-2144

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

12 8524549807 7 0076792 032408 3

3932                                                                                   LT1A

Exhibit B

# SHAKED & POSNER
### ATTORNEYS-AT-LAW
255 WEST 36TH STREET
8th FLOOR
NEW YORK, NEW YORK 10018

TEL (212) 300-2091
FAX (212) 300-2010

DAN SHAKED
MICHAEL C. POSNER*
    *ALSO ADMITTED IN NJ

March 4, 2008

Midland Credit Management, Inc.
Attn: Dispute Department
Department 8870
Los Angeles, CA 90084-8870

Re:  **Midland Funding, LLC w/Richard Assam**
     **MCM Account No. 8524549807**
     **Disputed Amount: $1,279.86**

To Whom It May Concern:

   Please be advised that I represent Richard Assam.

   Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692g, you are advised that the validity of this debt is disputed.

   Please be further advised that my client disputes the assertion that this disputed Aspire Visa account was purchased by Midland Funding, LLC.

   Please obtain verification of this disputed debt and send verification to Shaked & Posner.

   Please send verification that Midland Funding, LLC purchased this Aspire Visa account.

   Please provide Shaked & Posner the full corporate name of the original creditor.

   Please provide Shaked & Posner the address of the original creditor.

Very truly yours,

Dan Shaked, Esq.

**Exhibit C**



P.O. BOX 939019
SAN DIEGO, CA 92193-9019

03/17/2008

RICHARD P ASSAM
225 W 36TH ST   8TH FL
C/O SHAKED & POSNER
NEW YORK, NY 10018

RE: ASPIRE VISA
Account 8524549807
Balance: $1,352.42

Dear RICHARD P ASSAM

Per your request, enclosed are documents for the above referenced account.

Midland Credit Management Inc. is requesting an immediate payment of balance in full. Upon receipt of the payment and payment clearing the bank, we will report a "paid" status on your credit report for the above referenced account.*

Please call us upon receipt of this letter at 800-825-8131 ext. 2980 so that we may discuss this matter further.

Please understand that this communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Consumer Relations

Enclosures


*Your credit report will not be updated if the federal reporting period has expired, or we have not previously reported on this account.

New York City Department of Consumer Affairs License Number 1140603

QCMC

## Transaction History

**RICHARD P ASSAM**  **ASPIRE VISA**  Acct# 4564190012394333

| Date | Description | Reference | Sic | Location | Amount |
|---|---|---|---|---|---|
| APR 18, 2006 | C TOWN         S90 | 247619761095111060113B4 | 5411 | BRONX, NY | $24.63 |
| APR 18, 2006 | RITE AID STORE 3359 | 247926261097490335910B5 | 5912 | BRONX, NY | $18.88 |
| APR 19, 2006 | ATLAS ATM/1200 MORRIS PAR | 740013561090004170757B2 | 6011 | BRONX., NY | $21.50 |
| APR 20, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740013561090004170757B2 | | | $5.00 |
| APR 20, 2006 | CARDTRONICS LP/1300 MORRI | 740881361100005687436B6 | 6011 | BRONX, NY | $100.00 |
| APR 21, 2006 | CARDTRONICS LP/1300 MORRI | 740881361110007332537B9 | 6011 | BRONX, NY | $40.00 |
| APR 21, 2006 | C TOWN         S90 | 24761976112511111010980 | 5411 | BRONX, NY | $19.20 |
| APR 21, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740881361100005687436B6 | | | $5.00 |
| APR 21, 2006 | 099998990001950/1406 WHITE | 740891561110005457015B1 | 6011 | BRONX, NY | $81.50 |
| APR 21, 2006 | BLOCKBUSTER VIDEO #36070 | 24510436112072014132429 | 7841 | BRONZ, NY | $35.75 |
| APR 23, 2006 | BOGEE SUPE/2891 SEDGWICK | 740013561130006104436B0 | 6011 | BRONX, NY | $21.50 |
| APR 23, 2006 | C TOWN         S90 | 24761976114511113010523 | 5411 | BRONX, NY | $25.45 |
| APR 23, 2006 | C TOWN         S90 | 24761976114511113011430 | 5411 | BRONX, NY | $20.09 |
| APR 23, 2006 | BOGEE SUPE/2891 SEDGWICK | 74001356113000726283B03 | 6011 | BRONX, NY | $51.50 |
| APR 24, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740891561110005457015B1 | | | $5.00 |
| APR 24, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 74001356113000726283B03 | | | $5.00 |
| APR 24, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740881361110007332537B9 | | | $5.00 |
| APR 24, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740013561130006104436B0 | | | $5.00 |
| APR 24, 2006 | BLOCKBUSTER VIDEO #36070 | 24510436115072024197450 | 7841 | BRONZ, NY | $43.35 |
| APR 25, 2006 | 24 HOURS D/1601 WILLIAMSB | 74001356115000579963B63 | 6011 | BRONX, NY | $21.75 |
| APR 25, 2006 | ACTORS FCU/1101 EAST TREM | 74089146115000670747B90 | 6011 | BRONX, NY | $60.99 |
| APR 26, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 74089146115000670747B90 | | | $5.00 |
| APR 26, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 74001356115000579963B63 | | | $5.00 |
| MAY 02, 2006 | CARDTRONICS LP/1300 MORRI | 740881361220007267636B2 | 6011 | BRONX, NY | $20.00 |
| MAY 02, 2006 | MCDONALD'S F2885 | 24455016122720014813606 | 5814 | BRONX, NY | $5.60 |
| MAY 03, 2006 | BOGEE SUPE/2891 SEDGWICK | 740013561230007671736B3 | 6011 | BRONX, NY | $41.50 |
| MAY 03, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740881361220007267636B2 | | | $5.00 |
| MAY 04, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 740013561230007671736B3 | | | $5.00 |

Page 1 of 3

# Transaction History

**RICHARD P ASSAM**  **ASPIRE VISA**  Acct# 4564190012394333

| Date | Description | Reference | Sic | Location | Amount |
|---|---|---|---|---|---|
| MAY 04, 2006 | DELEYSY DE/593 BANK NEST | 7400135612400067878680 | 6011 | BRONX, NY | $61.50 |
| MAY 04, 2006 | C TOWN S90 | 2476197612551112401156 | 5411 | BRONX, NY | $10.40 |
| MAY 05, 2006 | EASTCHESTERCHE/2046 EASTC | 7430192612512520276425 | 6011 | BRONX, NY | $41.50 |
| MAY 05, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 7400135612400067878680 | | | $5.00 |
| MAY 05, 2006 | BOGEE SUPE/2891 SEDGWICK | 7400135612500080330361 | 6011 | BRONX, NY | $21.50 |
| MAY 07, 2006 | C TOWN S90 | 2476197612851112701004 | 5411 | BRONX, NY | $7.77 |
| MAY 08, 2006 | M & R DELI/1200 MORRIS PA | 7400135612800046175570 | 6011 | BRONX,, NY | $21.50 |
| MAY 08, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | | $6.41 |
| MAY 08, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 7430192612512520276425 | | | $5.00 |
| MAY 08, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 7400135612500080330361 | | | $5.00 |
| MAY 09, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 7400135612800046175570 | | | $5.00 |
| MAY 09, 2006 | PELHAM BAY CAR WASH | 2449280612911800010010 | 7542 | BRONX, NY | $19.51 |
| MAY 10, 2006 | CARDTRONICS LP/1300 MORRI | 7408813613000041026367 | 6011 | BRONX, NY | $20.00 |
| MAY 10, 2006 | C TOWN S90 | 2476197613151113001139 | 5411 | BRONX, NY | $14.24 |
| MAY 10, 2006 | CARDTRONICS LP/1300 MORRI | 7408813613000074456366 | 6011 | BRONX, NY | $40.00 |
| MAY 11, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 7408813613000074456366 | | | $5.00 |
| MAY 11, 2006 | *FINANCE CHARGE* CASH ADVANCE FE | 7408813613000041026367 | | | $5.00 |
| JUN 05, 2006 | LATE PAYMENT CHARGE | | | | $35.00 |
| JUN 07, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | | $18.63 |
| JUN 07, 2006 | PURCHASE *FINANCE CHARGE* | | | | $6.10 |
| JUN 08, 2006 | PAYMENT RECEIVED -- THANKYOU | 7479106615961590006620 | | | -$100.00 |
| JUN 13, 2006 | SHOPPER SVC 8662971823 | 7424728616480050129929 | 8299 | | $1.95 |
| JUL 07, 2006 | PURCHASE *FINANCE CHARGE* | | | | $6.31 |
| JUL 07, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | | $17.02 |
| AUG 02, 2006 | MCDONALD'S F2885 | 2445501621472001582608 | 5814 | BRONX, NY | $6.48 |
| AUG 04, 2006 | LATE PAYMENT CHARGE | | | | $35.00 |
| AUG 07, 2006 | PURCHASE *FINANCE CHARGE* | | | | $6.50 |
| AUG 07, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | | $17.45 |

# Transaction History

**RICHARD P ASSAM**

**ASPIRE VISA**

Acct# 4504190012394333

| Date | Description | Reference | Sic Location | Amount |
|---|---|---|---|---|
| AUG 24, 2006 | PAYMENT RECEIVED -- THANKYOU | 74791066236623600038222 | | -$32.00 |
| SEP 04, 2006 | LATE PAYMENT CHARGE | | | $35.00 |
| SEP 07, 2006 | PURCHASE *FINANCE CHARGE* | | | $6.80 |
| SEP 07, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | $17.50 |
| SEP 25, 2006 | PAYMENT RECEIVED -- THANKYOU | 74791066267000021004137 | | -$60.96 |
| SEP 25, 2006 | RETURN NSF | 74791066275999275000214 | | $60.96 |
| OCT 02, 2006 | NSF PROCESSING FEE | 74791066275999275000214 | | $35.00 |
| OCT 05, 2006 | LATE PAYMENT CHARGE | | | $35.00 |
| OCT 10, 2006 | PURCHASE *FINANCE CHARGE* | | | $6.97 |
| OCT 10, 2006 | OVERLIMIT FEE | | | $35.00 |
| OCT 10, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | $17.52 |
| OCT 30, 2006 | MC ON LINE PAYMENT | 74791066303000000001126 | 505 ATLANTA, GA | -$25.00 |
| NOV 07, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | $5.86 |
| NOV 07, 2006 | PURCHASE *FINANCE CHARGE* | | | $2.35 |
| DEC 07, 2006 | CASH ADVANCE *FINANCE CHARGE* | | | $5.77 |
| DEC 07, 2006 | PURCHASE *FINANCE CHARGE* | | | $2.37 |
| JAN 08, 2007 | PURCHASE *FINANCE CHARGE* | | | $2.39 |
| JAN 08, 2007 | CASH ADVANCE *FINANCE CHARGE* | | | $5.81 |
| FEB 07, 2007 | CASH ADVANCE *FINANCE CHARGE* | | | $5.86 |
| FEB 07, 2007 | PURCHASE *FINANCE CHARGE* | | | $2.41 |
| MAR 07, 2007 | CASH ADVANCE *FINANCE CHARGE* | | | $5.91 |
| MAR 07, 2007 | PURCHASE *FINANCE CHARGE* | | | $2.43 |
| APR 09, 2007 | CASH ADVANCE *FINANCE CHARGE* | | | $5.95 |
| APR 09, 2007 | PURCHASE *FINANCE CHARGE* | | | $2.45 |
| MAY 07, 2007 | PURCHASE *FINANCE CHARGE* | | | $2.47 |
| MAY 07, 2007 | CASH ADVANCE *FINANCE CHARGE* | | | $6.01 |
| JUN 07, 2007 | CASH ADVANCE *FINANCE CHARGE* | | | $6.06 |
| JUN 07, 2007 | PURCHASE *FINANCE CHARGE* | | | $2.49 |