**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RICHARD P. ASSAM, ON BEHALF OF : Civil Action No.: 08-CV-3145
HIMSELF AND ALL OTHERS SIMILARLY : (DC)(MHD)
SITUATED, :
: **STIPULATION EXTENDING TIME**
Plaintiff, : **TO ANSWER**
:
- against - :
:
MIDLAND CREDIT MANAGEMENT, INC., :
:
Defendant. :
:
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

IT IS HEREBY STIPULATED that the time for Defendant, MIDLAND CREDIT MANAGEMENT, INC., to answer, appear, or otherwise move with respect to the Plaintiff's Class Action Complaint in this action is hereby extended until May 12, 2008. A facsimile copy of this Stipulation may be accepted as an original.

Dated: White Plains, New York
April 18, 2008

PINO & ASSOCIATES, LLP

By_____
Thomas E. Healy (TH 4340)
Attorneys for Defendant
MIDLAND CREDIT
MANAGEMENT, INC.
Westchester Financial Center
50 Main Street, 7th Floor
White Plains, New York 10606
Telephone No.: (914) 946-0600
Facsimile No.: (914) 946-0650
Email Address: thealy@pinolaw.com

KLEINMAN, LLC

By_____  /T.E.H.
Abraham Kleinman (AK 6300)   with
Attorneys for Plaintiff      consent
RICHARD P. ASSAM, ON BEHALF
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,
626 RexCorp Plaza
Uniondale, New York 11556-0626
Telephone No.: (516) 522-2621
Facsimile No.: (888) 522-1692
Email Address: akleinman@nysbar.com

SO ORDERED:

_____
Hon. Denny Chin

4/25/08

237335.1