# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RICHARD P. ASSAM, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

               Plaintiff,

- against -

MIDLAND CREDIT MANAGEMENT, INC.,

               Defendant.
-----------------------------------X

Civil Action No.: 08-CV-3145 (DC)(MHD)

**STIPULATION FURTHER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED that the time for Defendant, MIDLAND CREDIT MANAGEMENT, INC., to answer, appear, or otherwise move with respect to the Plaintiff's Class Action Complaint in this action is hereby further extended until May 19, 2008. A facsimile copy of this Stipulation may be accepted as an original.

Dated: White Plains, New York
       May 8, 2008

PINO & ASSOCIATES, LLP

By _____
Thomas E. Healy (TH 4340)
Attorneys for Defendant
MIDLAND CREDIT
MANAGEMENT, INC.
Westchester Financial Center
50 Main Street, 7th Floor
White Plains, New York 10606
Telephone No.: (914) 946-0600
Facsimile No.: (914) 946-0650
Email Address: thealy@pinolaw.com

KLEINMAN, LLC

By _____
Abraham Kleinman (AK 6300)
Attorneys for Plaintiff
RICHARD P. ASSAM, ON BEHALF
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,
626 RexCorp Plaza
Uniondale, New York 11556-0626
Telephone No.: (516) 522-2621
Facsimile No.: (888) 522-1692
Email Address: akleinman@nysbar.com

SO ORDERED:

_____
Hon. Denny Chin

5/9/09

237688.1