UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

| | |
|---|---|
| RICHARD P. ASSAM, on behalf of himself and others similarly situated, | Civil Action No.: 08-CV-3145 (DC)(MHD) |
| Plaintiff, | **DEFENDANT, MIDLAND CREDIT MANAGEMENT, INC.'S RULE 7.1 STATEMENT** |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, MIDLAND CREDIT MANAGEMENT, INC. (a private non-governmental party) certifies that it is a wholly owned subsidiary of Encore Capital Group, Inc. Although MIDLAND CREDIT MANAGEMENT, INC. is not a publicly held or traded company, Encore Capital Group, Inc. is a publicly held company. Encore Capital Group, Inc. trades under the NASDAQ symbol ECPG.

Dated: White Plains, New York
      May 19, 2008

                                    s/ Thomas E. Healy
                                   Thomas E. Healy (TH 4340)
                                   Pino & Associates, LLP
                                   Westchester Financial Center
                                   50 Main Street
                                   White Plains, New York 10606
                                   Telephone: (914) 946-0600
                                   Facsimile: (914) 946-0650
                                   **Attorneys for Defendant**
                                   **MIDLAND CREDIT MANAGEMENT, INC.**

237902.1

TO:   Abraham Kleinman, Esq. (Via ECF and Regular Mail)
      626 RexCorp Plaza
      Uniondale, New York 11556-0165
      Telephone: (516) 522-2621
      Facsimile: (888)522-1692
      **Attorney for the Plaintiff**
      **RICHARD P. ASSAM, on behalf**
      **of himself and others similarly situated.**

237902.1                                    2