## CERTIFICATE OF SERVICE

      Thomas E. Healy, certifies under penalty of perjury, that I am not a party to this action, I am over 18 years of age and reside in Yonkers, New York. That on the 19th day of May, 2008, I served the attached **DEFENDANT, MIDLAND CREDIT MANAGEMENT, INC.'S RULE 7.1 STATEMENT** via ECF and Regular Mail upon:

Abraham Kleinman, Esq.
626 RexCorp Plaza
Uniondale, New York 11556-0165

                                                      s/ Thomas E. Healy
                                                      THOMAS E. HEALY