# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

RICHARD P. ASSAM, on behalf of himself and others similarly situated,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

------------------------------------X

Civil Action No.: 08-CV-3145 (DC)(MHD)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that, pursuant to F.R.C.P. 41(a)(1), the Plaintiff's Action shall be dismissed with prejudice and without costs to any party. Any claims of any putative class members are hereby dismissed without prejudice.

ABRAHAM KLEINMAN, ESQ.

By: _____
Abraham Kleinman (AK 6300)
626 RexCorp Plaza
Uniondale, New York 11556-0165
(516) 522-2621
**Attorney for Plaintiff**
RICHARD P. ASSAM, on behalf of himself and others similarly situated.

PINO & ASSOCIATES, LLP

By: _____
Thomas E. Healy (TH 4340)
Westchester Financial Center
50 Main Street, 16th Floor
White Plains, New York 10606
(914) 946-0600
**Attorneys For Defendant**
MIDLAND CREDIT MANAGEMENT, INC.

Dated: May 30, 2008

SO ORDERED:

_____
Hon. Denny Chin

6/17/08

238004.1